# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARRIANNE RAYHILL, | NO. CV 05-5308 FMO |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

**IT IS ADJUDGED** that plaintiff's counsel be awarded attorney's fees in the amount of Five-Thousand dollars and zero cents ($5,000.00), pursuant to 42 U.S.C. § 406(b). In light of the previous payment of EAJA fees, Laura Krank and Rohlfing & Kalagian, LLP shall reimburse plaintiff the amount of One-Thousand, Eight-Hundred dollars and zero cents ($1,800.00).

Dated this 4th day of March, 2008.

/s/
Fernando M. Olguin
United States Magistrate Judge